UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELINA GROMINA,

                Plaintiff,

-v-

FOREXONIA, LLC, *et al.*,

                Defendant.

22-CV-0744 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    On February 10, 2023, the business entity Defendants in this matter, Forexonia, LLC and Kazmarck Capital LLC (the "Entity Defendants"), were warned that, due to the withdrawal of their attorney, the Entity Defendants had 30 days, or until March 9, 2023, to find replacement counsel. (ECF No. 34.) However, as the Court explained at the time, entities such as limited liability companies cannot appear in judicial proceeding *pro se*, so the failure to have replacement counsel appear, as warned, now results in the "waiver of any defense to Plaintiff's claims and the entry of judgment against the [Entity] Defendants." (*Id.*)

    Accordingly, Forexonia, LLC and Kazmarck Capital LLC are hereby deemed in default.

    Plaintiff shall, within 30 days, move for default judgment or file a status letter stating how Plaintiff proposes to proceed in this case.

    SO ORDERED.

Dated: August 29, 2023
       New York, New York

                                                J. PAUL OETKEN
                                            United States District Judge