UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ELINA GROMINA,

                Case No.: 22-cv-744 (JPO)

                Plaintiff,

-against-

**ORDER AND JUDGEMENT**

FOREXONIA, LLC, KAZMARCK CAPITAL, LLC,
and ALEX KAZMARCK, individually,

                Defendants.
------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the accompanying Affirmation of Paul Bartels with attached exhibits, dated September 28, 2023, and upon all prior pleadings and proceedings herein, Plaintiff Elina Gromina hereby moves this Court at 40 Foley Square, Room 706, New York, NY 10007, for an Order (1) entering a default judgment for the Plaintiff against the Defendants; and (2) such other and further relief as the Court deems appropriate.

Dated:  Syosset, New York
        September 29, 2023

                Yours, etc.

                /s/ Paul Bartels
                BELL LAW GROUP PLLC.
                *Attorney for Plaintiff*
                116 Jackson Avenue
                Syosset, New York 11791
                Tel: 516-280-3008