UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELINA GROMINA,

                    Plaintiff,

            -v-                                        22-CV-744 (JPO)

FOREXONIA, LLC, *et al.*,                              ORDER

                    Defendants.

J. PAUL OETKEN, District Judge:

On January 28, 2022, Plaintiff Elina Gromina brought suit against Defendants Forexonia,

LLC; Kazmarck Capital, LLC; and Alex Kazmarck.  (ECF No. 1.)  On August 29, 2023, the

Court deemed Defendant Forexonia, LLC and Defendant Kazmarck Capital, LLC to be in

default due to their failure to have replacement counsel appear.  (ECF No. 35.)  On

September 29, 2023, Plaintiff filed a motion for default judgment as to all Defendants.  (ECF

No. 37.)

The Court's order at ECF No. 35, however, deemed only Defendants Forexonia, LLC and

Kazmarck Capital, LLC to be in default.  No certificate of default has issued against Defendant

Alex Kazmarck, and such a certificate is necessary for a motion for default judgment against

individual Defendant Kazmarck to be considered proper.  Therefore, the motion for default

judgment at ECF No. 37 is proper as to only the two entity Defendants—Forexonia, LLC and

Kazmarck Capital, LLC—but not as to Defendant Alex Kazmarck.

On December 6, 2023, Defendant Alex Kazmarck filed a response to Plaintiff's motion

for default judgment.  (ECF No. 43.)  Plaintiff is directed to file a response to that submission on

or before December 21, 2023.

1

2

Plaintiff is also directed to serve a copy of this order on Defendants, including Defendant

Alex Kazmarck, by both e-mail and mail within seven days.

SO ORDERED.

Dated:  December 7, 2023
        New York, New York

_____
J. PAUL OETKEN
United States District Judge

2