UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ELINA GROMINA,

                Plaintiff,

    -against-

FOREXONIA, LLC, KAZMARCK CAPITAL, LLC,
and ALEX KAZMARCK, individually,

                Defendants.
-----------------------------------------------------------------X

Case No.: 22-cv-744 (JPO)

**ORDER AND JUDGEMENT**

This action having been commenced on January 28, 2022, by the filing of the Summons and Complaint, a copy of the Summons and Complaint having been properly served upon Defendants Forexonia, LLC ("Forexonia") and Kazmarck Capital, LLC ("Kazmarck Capital") on February 9, 2022, an Order finding Defendants Forexonia and Kazmarck Capital in Default and ordering Plaintiff to move for default judgment within 30 days being issued on August 29, 2023, Defendants Forexonia and Kazmarck Capital having not retained subsequent counsel after prior counsel was discharged, it is hereby

ORDERED, ADJUDGED AND DECREED, that a default judgment for the Plaintiff against Defendants Forexonia and Kazmarck Capital, but not against individual Defendant Alex Kazmarck, be issued in the amount of $62,285.77, consisting of the following:

- $37,712.57 to Plaintiff. This includes $13,699.29 for unpaid regular wages and overtime wages, $13,699.29 for liquidated damages, and $314 in prejudgment interest.

- $23,673.20 in attorneys' fees and $900.00 in costs and expenses to Bell Law Group, PLLC.

Entered this __9th__ day of __January__, 2024

                                                        J. PAUL OETKEN
                                                  United States District Judge