UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELINA GROMINA,

                      Plaintiff,

            -v-

ALEX KAZMARCK,

                      Defendant.

22-CV-744 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    Plaintiff Elina Gromina commenced this action on January 28, 2022. (ECF No. 1.) Gromina served Defendant Alex Kazmarck on February 15, 2024. (ECF No. 56.) On March 7, 2024, Kazmarck filed a motion to dismiss the complaint. (ECF No. 57.)

    Gromina is directed to file an opposition to the motion to dismiss, if any, by March 29, 2024. Kazmarck is directed to file a reply in support of his motion to dismiss, if any, by April 12, 2024.

    Defendant Kazmarck, if he chooses to appear *pro se*, shall direct all filings and correspondence with the Court to the following address:

> Pro Se Intake Unit
> U.S. District Court for the Southern District of New York
> 40 Foley Square, Room 105
> New York, NY 10007

    The Clerk of Court is directed to designate this case as "PRO SE" on ECF.

    The Clerk is further directed to indicate the service address for Defendant Kazmarck on ECF as:

> Alex Kazmarck
> 301 SW 1st Ave
> Apt. 2411
> Fort Lauderdale, FL 33301

The Clerk of Court is further directed to mail a copy of this order to Defendant Alex Kazmarck at the above address.

SO ORDERED.

Dated: March 11, 2024
      New York, New York

_____
J. PAUL OETKEN
United States District Judge