UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ELINA GROMINA,

                        Plaintiff,                       **ORDER**

          -against-                      **22-CV-744 (JPO) (JW)**

ALEX KAZMARCK,

                        Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       In a February 26, 2025 filing, *pro se* Defendant Kazmarck indicated that he wished to discuss accommodations for *pro se* litigants at the initial case management conference. Dkt. No. 87. As discussed at the March 5, 2025 conference, this Court cannot order Defendant Kazmarck to do so, but encourages him to reach out to the City Bar Justice Center. The City Bar Justice Center provides free limited-scope assistance to *pro se* litigants in the Southern District of New York. Defendant Kazmarck may complete the intake form required by the City Bar Justice Center using this link: https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/. The City Bar Justice Center can also be reached by phone at (212)-382-4794 or email at fedprosdny@nycbar.org

       SO ORDERED.

DATED:    New York, New York
                March 6, 2025

                                                             JENNIFER E. WILLIS
                                                             United States Magistrate Judge