IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Elina Gromina,
Plaintiff,

V.

Forexonia LLC, Kazmarck Capital LLC, and Alex Kazmarck,
Defendants.

Case No. 1:22-cv-00744

September 29, 2025

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEPOSITION DEADLINE**

Defendant Alex Kazmarck, appearing pro se, respectfully submits this unopposed motion to extend the deposition deadline in this matter. In support thereof, Defendant states as follows:

1. Under the Court's current Case Management Plan and Scheduling Order (ECF No. 88), depositions must be completed by September 30, 2025.

2. Defendant became unexpectedly ill and was unable to conduct Plaintiff's deposition as scheduled on September 26, 2025.

3. Plaintiff's earliest availability to reschedule the deposition is October 10, 2025.

4. Defendant has conferred with Plaintiff's counsel, who does not oppose this extension.

5. This request is made in good faith and not for the purpose of delay. It is the first request specifically seeking to extend the deposition deadline beyond September 30, 2025.

6. The requested extension will not affect the overall discovery deadline or any other court-set dates at this time.

**WHEREFORE**, Defendant respectfully requests that the Court enter an order modifying the Case Management Plan (ECF No. 88) as follows:

- Extend the deposition deadline from September 30, 2025 to October 10, 2025.

Respectfully submitted,

Alex Kazmarck
Defendant

s/ Alex Kazmarck

The request to extend the discovery deadline is **GRANTED**. Depositions are to be done by October 10, 2025. SO ORDERED.

_Jennifer E. Willis_
JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE
October 1, 2025