**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ELINA GROMINA,

                        Plaintiff,                              **ORDER**

        -against-                              **22-CV-744 (JPO) (JW)**

ALEX KAZMARCK,

                        Defendant.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

      Discovery in this case is now closed. The Parties are to file letters by **February 27, 2026** indicating whether they wish to file motions for summary judgment or proceed to trial. If a Party plans to file a motion for summary judgment, include a proposed briefing schedule. The Parties are to also indicate in the letters whether there is an interest in mediation or settlement.

      SO ORDERED.

DATED:    New York, New York
           February 17, 2026

                                      _____
                                      JENNIFER E. WILLIS
                                      United States Magistrate Judge