**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ELINA GROMINA,

                          Plaintiff,

            -against-

ALEX KAZMARCK,

                       Defendant.
------------------------------------------------------------------X

                          **ORDER**

                          **22-CV-744 (JPO) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The briefing schedule for Plaintiff's motion for summary judgment is as follows: Plaintiff's motion is due by **May 15, 2026**. Defendant's Opposition is due by **June 15, 2026**. Plaintiff's reply (if any) is due **June 30, 2026**.

SO ORDERED.

DATED:    New York, New York
             April 30, 2026

                                  *Jennifer E. Willis*
                                  JENNIFER E. WILLIS
                                  United States Magistrate Judge